BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-mj-0062 KJN |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| RAKESH CHAND PRASAD, ) | |
| Defendant. ) | |

The United States of America, by and through its attorney, Carolyn K. Delaney, Assistant United States Attorney, hereby requests that the Court dismiss the complaint currently pending against the above-captioned defendant.

Dated: May 6, 2011                    Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:/s/ Carolyn K. Delaney
                                         CAROLYN K. DELANEY
                                         Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED:**   That the above-captioned complaint be dismissed.

Dated:  May 9, 2011         /s/ Kendall J. Newman
                            Honorable KENDALL J. NEWMAN
                            United States District Court